UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

                Plaintiff,

      -against-

7 WILLOW STREET CAFE LLC, a New York
limited liability company, d/b/a THE 7 WILLOW
CAFE,

                Defendant.

26-CV-4257 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant 7 Willow Street Cafe LLC with the summons and complaint in this matter on June 3, 2026. (*See* ECF 7, Aff. of Service.) Defendant was therefore required to respond to the Complaint by June 24, 2026. (*See id*.) To date, Defendant has not filed a response to the complaint.

Accordingly, I am sua sponte extending the Defendant's deadline to respond to the complaint nunc pro tunc until **July 10, 2026**. Plaintiff is directed to serve a copy of this order on Defendant by **June 30, 2026** and to file proof of service on the docket by **June 30, 2026**.

DATED:  June 26, 2026
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**