UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

Plaintiff,

-against-

7 WILLOW STREET CAFE LLC, a New York limited liability company, d/b/a THE 7 WILLOW CAFE,

Defendant.

26-CV-4257 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 10, 2026, I ordered the parties to file monthly updates on the status of discovery, including on October 1, 2026. (*See* ECF 17.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **October 3, 2026**.

DATED: October 2, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**