UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

Plaintiff,

-against-

7 WILLOW STREET CAFE LLC, a New York limited liability company, d/b/a THE 7 WILLOW CAFE,

Defendant.

26-CV-4257 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on October 9, 2026:

1. Defendant shall provide the remaining outstanding discovery to Plaintiff by **October 16, 2026.**
2. Defendant shall appear for a remote deposition to be held on **October 16, 2026,** beginning at **10:00am**.
3. Plaintiff seeks costs as a sanction, but no formal motion to compel was made, and I conclude that both Plaintiff and Defendant bear some share of the fault for Defendant's failures to comply with its discovery obligations in a timely fashion, in that open communication between the parties could have obviated the need for this conference. Accordingly, I decline to award costs. Defendant is admonished that in the future, if a discovery response will be delayed and Plaintiff does not consent to extending the deadline, Defendant must seek relief from the Court by letter or risk sanctions.

DATED: October 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**